IN THE UNITED STATES DISTRIC COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | Civil Action No. |
| | : | **3:08-CV-0499-N** |
| W FINANCIAL GROUP, LLC, | : | |
| ADLEY H. ABDULWAHAB a/k/a Adley Wahab, | : | |
| MICHAEL K. WALLENS, SR., and | : | |
| MICHAEL K. WALLENS, JR. | : | |
| | : | |
| Defendants, | : | |
| | : | |

**FINAL ORDER HOLDING ADLEY H. ABDULWAHAB AND SARAH ABDULWAHAB IN CIVIL CONTEMPT FOR FAILURE TO COMPLY WITH THE COURT'S ORDER**

This matter is before the Court on the Application of Plaintiff Securities and Exchange Commission ("Commission") holding Adley H. Abdulwahab a/k/a Adley Wahab ("A. Wahab"), Sarah Abdulwahab ("S. Wahab") and Stephen Komie ("Komie") in civil contempt for their violations of the Court's Agreed Interlocutory Order, entered July 30, 2008 (the "Contempt Motion"). At the hearing, the Court severed Komie from the proceeding and determined to address the Contempt Motion as it relates to Komie at a later date following final adjudication of the Contempt Motion as to A. Wahab and S. Wahab.

After consideration of the Contempt Motion as it relates to A. Wahab and S. Wahab (and the memorandum and appendix in support thereof), all opposing pleadings, and all evidence admitted into the record at the evidentiary hearing on the Contempt Motion, the Court has determined that:

1. A. Wahab and S. Wahab have violated, and continue to violate, the following provisions of the Agreed Interlocutory Order:

    a. Paragraph 7;

    b. Paragraphs 10 through 12;

    c. Paragraph 15;

    d. Paragraph 20;

2. A. Wahab and S. Wahab have failed to demonstrate an inability to comply with these provisions of the Agreed Interlocutory Order.

WHEREFORE, the Court is satisfied that the Commission has made a sufficient and proper showing in support of the relief granted herein.

NOW, THEREFORE,

I.

IT IS HEREBY ORDERED that A. Wahab and S. Wahab are in civil contempt of the Court's Agreed Interlocutory Order.

II.

IT IS FURTHER ORDERED that thirty (30) days from the date of this Order a warrant be issued for the arrest of A. Wahab and S. Wahab by reason of their contempt. A. Wahab and S. Wahab, however, hold the keys to their prison. A. Wahab and S. Wahab shall each remain confined until such time as his or her contempt is purged; _i.e._, until such time as he or she demonstrates that they are in compliance with the provisions of the Agreed Interlocutory Order cited herein.

III.

IT IS FURTHER ORDERED that A. Wahab and S. Wahab shall each pay a daily fine of $500.00 from the date of this Order until the Court confirms that they have complied with all provisions of the Agreed Interlocutory Order. The fines shall be paid into the bank account opened by the Receiver to deposit and conserve funds for the benefit of investors.

IV.

IT IS FURTHER ORDERED that A. Wahab and S. Wahab shall pay the Commission for attorney's fee and costs incurred in connection with bringing this contempt proceeding against Defendants. The Commission shall submit, within thirty (30) days of the entry of this Order, an application delineating its attorney's fees and costs.

V.

IT IS FURTHER ORDERED that the receivership of W Financial Group, LLC shall be and hereby is EXPANDED IN SCOPE to include the personal assets of A. Abdulwahab, S. Abdulwahab, Wert Realty Holdings, Inc. (including, without limitation, the ownership of the property and improvements at 5606 White Birch Run in Spring, Texas), and LKJ Vehicle Holdings, Inc.

VI.

IT IS FURTHER ORDERED that the Receiver shall have the authority to take any and all action necessary in order to remove A. Abdulwahab and S. Abdulwahab from the property located at 5606 White Birch Run in Spring, Texas, and to market and sell all of such property, including the land and all improvements thereon, as well as all personal property therein.

VII.

IT IS FURTHER ORDERED that A. Abdulwahab and S. Abdulwahab, and anyone acting in concert with them, are enjoined from removing any property from the 5606 White Birch Run property in Spring, Texas, pending further order of this Court.

VIII.

IT IS FURTHER ORDERED that A. Abdulwahab and S. Abdulwahab shall immediately forward instructions to HSBC Bank International Limited in Jersey in the Channel Islands ("HSBC/Jersey") to immediately release and wire transfer all funds in any and all accounts maintained at HSBC/Jersey by A. Abdulwahab or S. Abdulwahab, either separately or jointly, including without limitation Account Numbers \*\*\*-\*\*\*\*\*\*-\*\*\*, \*\*\*-\*\*\*\*\*\*-\*\*\*, and \*\*\*-\*\*\*\*\*\*-\*\*\*, to Vernon T. Jones, Jr., the Court-appointed Receiver in this case, in care of his attorney of record, John S. Brannon, Thompson & Knight LLP, One Arts Plaza, 1722 Routh St. Suite 1500, Dallas, Texas 75201, phone (214) 969-1505, pursuant to the following wire transfer instructions:

- **Wiring Instructions to Thompson & Knight LLP IOLTA Trust Acct (Dallas)**

    Receiving Bank: JP Morgan Chase Bank, NA
    2200 Ross Ave
    Dallas, Texas 75201
    ABA No.: \*\*\*\*\*\*\*\*\* (for incoming Wires only)
    ABA No.: \*\*\*\*\*\*\*\*\* (for incoming ACHs only)
    SWIFT: \*\*\*\*\*\*\*\* (for international)

    Beneficiary Account Name: Thompson & Knight L.L.P. IOLTA Trust Account
    Beneficiary Address: 1722 Routh St Ste 1500
    Dallas, Texas 75201-2533

    Beneficiary bank Account No.: \*\*\*\*\*\*\*\*\*\*

    Special Instructions for Beneficiary: Reference client name and matter number, attorney name.

IX.

IT IS FURTHER ORDERED that HSBC/Jersey immediately release and turn over to Vernon T. Jones, Jr., the Court-appointed Receiver in this Case, c/o his attorney of record, John S. Brannon, Thompson & Knight LLP, One Arts Plaza, 1722 Routh Street, Suite 1500, Dallas, Texas 75201, phone (214) 969-1505, any and all funds in any and all accounts maintained at HSBC/Jersey by A. Abdulwahab or S. Abdulwahab, either jointly or separately, including without limitation the approximate $735,000 currently maintained in Account Number \*\*\*-\*\*\*\*\*\*-\*\*\*, and any and all funds in Account Numbers \*\*\*-\*\*\*\*\*\*-\*\*\*, and \*\*\*-\*\*\*\*\*\*-\*\*\*, by wiring all such funds pursuant to the wire transfer instructions in the immediately preceding paragraph of this Order.

X.

IT IS FURTHER ORDERED that A. Abdulwahab and S. Abdulwahab shall immediately take all action necessary to repatriate any and all assets and funds in which they own any interest to the United States and turn such assets and funds immediately over to Vernon T. Jones, Jr., the Receiver in this case.

XI.

IT IS FURTHER ORDERED that A. Abdulwahab and S. Abdulwahab shall surrender their passports to the SEC immediately.

Signed October 16, 2009.

_____
David C. Godbey
United States District Judge