IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:08-CV-0499-N |
| W FINANCIAL GROUP, LLC, *et al.*, | § § § | |
| Defendants. | § § | |

## **ORDER**

This Order addresses nonparty Sarah Abdulwahab's ("S. Abdulwahab") Rule 60(b) motion for relief from this Court's final contempt order [311]. For the reasons provided in this Court's Order dated January 14, 2009 [337], the Court grants S. Abdulwahab's motion for relief from contempt.

Signed January 22, 2010.

_____
David C. Godbey
United States District Judge

ORDER – PAGE 1